BRENT O. HATCH (5715)
bhatch@hjdlaw.com
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, UT  84101
Telephone:  (801) 363-6366
Facsimile:   (801) 363-6666

TOM FRIEL (pro hac vice)
frieltj@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:  (415) 693-2000
Facsimile:   (415) 693-2222

WAYNE O. STACY (pro hac vice)
stacywo@cooley.com
ORION ARMON  (pro hac vice)
oarmon@cooley.com
COOLEY LLP
380 Interlocken Crescent, 9th Floor
Broomfield, CO  80021-8023
Telephone:  (720) 566-4000
Facsimile:   (720) 566-4099

Attorney for Plaintiff
QUEST SOFTWARE, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DIVISION OF UTAH**

| | |
|---|---|
| QUEST SOFTWARE, INC.,<br><br>             Plaintiff;<br><br>v.<br><br>LIKEWISE SOFTWARE, INC.,<br><br>             Defendants. | Case No.  2:10-cv-00859-TS<br><br>**STIPULATED JUDGMENT AND ENTRY OF PERMANENT INJUNCTION AGAINST LIKEWISE SOFTWARE, INC.** |

This Final Judgment and Stipulated Injunction ("Injunction") is entered into between Plaintiff Quest Software, Inc. ("Quest") and Defendant Likewise Software, Inc. ("Likewise"). Quest and Likewise stipulate as follows with respect to this action.

**WHEREAS**, Quest and Likewise have agreed to resolve this dispute pursuant to the stipulation described below; and

**NOW THEREFORE, IT IS HEREBY ORDERED THAT THE FOLLOWING FINAL JUDGMENT AND PERMANENT INJUNCTION IS ENTERED AGAINST LIKEWISE SOFTWARE, INC.:**

Likewise Software, Inc. and its officers, directors, employees, agents, parent companies, subsidiaries, successors, affiliates, and assigns, and all other persons acting in concert or participation with Likewise is and hereby are permanently restrained and enjoined from making, using, selling, offering to sell, importing, exporting, or supporting products or services that constitute Accused Technology (defined below) or that utilize or embody the Accused Method (defined below) so long as U.S. Patent No. 7,617,501 is in force and effect.

Nothing in this Order shall prevent Likewise Software, Inc. and its officers, directors, employees, agents, parent companies, subsidiaries, successors, and assigns, and all other persons acting in concert or participation with Likewise from making, using, selling, offering to sell, importing, exporting, or supporting products or services that do not include Accused Technology or practice the Accused Method.

For purposes of the foregoing, "**Accused Method**" means receiving a policy developed for and utilized by the native operating system of a first computer system (examples include but

are <u>not</u> limited to the registry, ADM, INF and IPSec policies stored in .pol files, .inf files, and in the Active Directory attributes on a Windows operating system) on a second computer system, and translating on the second computer system the policy received from the first computer system to configuration information usable by the second computer's operating system (including but not limited to the Linux, Unix, or Mac operating systems).

"**Accused Technology**" means any product, system, or apparatus, or machine-readable instructions that, when installed in a computer create a product, system, or apparatus, that practices the Accused Method.

This final judgment resolves all claims and counterclaims asserted between Quest Software, Inc. and Likewise Software, Inc. in this matter. Each party shall bear its own attorney's fees and costs.

The Court retains jurisdiction for purposes of enforcing the permanent injunction entered in this final judgment.

IT IS SO ORDERED.

Dated: _____

_____
Honorable Theadore Stewart
United States District Judge

Approved as to Form:

| COOLEY LLP | PARR BROWN GEE & LOVELESS |
|---|---|
| By: *Orion Armon* | By: *Jonathan O. Hafen* |
|     Orion Armon, Esq. (pro hac vice) |     Jonathan O. Hafen, Esq. |
| Attorney for Quest Software, Inc. | Attorney for Likewise Software, Inc. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 18, 2011, I served a copy of the foregoing STIPULATED JUDGMENT AND ENTRY OF PERMANENT INJUNCTION AGAINST LIKEWISE SOFTWARE, INC. with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

### ATTORNEYS FOR CENTRIFY CORPORATION

**David J. Jordan**
**Mark E. Hindley**
STOEL RIVES
201 S Main St., Ste 1100
Salt Lake City, UT 84111-4904
Email: djjordan@stoel.com
Email: mehindley@stoel.com

**Marc R. Ascolese**
**Philip W. Woo**
SIDLEY AUSTIN LLP
555 California St., Ste 2000
San Francisco, CA 94104
Email: mascolese@sidley.com
Email: pwoo@sidley.com

**Edward V. Anderson**
SIDLEY AUSTIN LLP
1001 Page Mill Rd., Bldg. 1
Palo Alto, CA 94304
Email: evanderson@sidley.com

### ATTORNEYS FOR LIKEWISE SOFTWARE

**Herbert H. Finn**
GREENBERG TRAURIG
77 W Wacker Dr., St 2500
Chicago, IL 60601
Email: finnh@gtlaw.com

**Jonathan O. Hafen**
PARR BROWN GEE & LOVELESS
185 S State St., Ste 800
PO Box 11019
Salt Lake City, UT 84111
Email: jhafen@parrbrown.com

*s/ Orion Armon*

356703 v1/CO